JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL FREIGHT LINES, INC., | ) Case No. CV 10-8715-OP |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| RON R. STEVE, et al., | ) |
| Defendants. | ) |

Pursuant to the Order granting Plaintiff/Counter-Defendant's Motion for Summary Judgment on the Complaint and Defendant/Counter-Claimant's counter-claim,

Judgment is hereby entered in favor of Plaintiff/Counter-Defendant and against Defendant/Counter-Claimant in the amount of $40,469.75 in compensatory damages, plus costs of suit.

Judgment is also entered in favor of Plaintiff/Counter-Defendant dismissing Defendant/Counter-Claimant's counter-claim with prejudice.

DATED: July 2, 2012

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge